<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 16-2303**

─────────

ANTHONY PARKER,

        Plaintiff - Appellant,

    v.

SCHAEFFLER GROUP USA,

        Defendant - Appellee.

─────────

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  David C. Norton, District Judge. (0:15-cv-00521-DCN)

─────────

Submitted:  February 16, 2017     Decided:  February 21, 2017

─────────

Before GREGORY, Chief Judge, DUNCAN, Circuit Judge, and HAMILTON, Senior Circuit Judge.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Anthony Parker, Appellant Pro Se.  Katherine Dudley Helms, Christopher Ray Thomas, OGLETREE DEAKINS NASH SMOAK & STEWART, PC, Columbia, South Carolina, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Parker appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his complaint. The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (2012). The magistrate judge recommended that the complaint be dismissed and advised Parker that failure to file timely objections to this recommendation could waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); see also Thomas v. Arn, 474 U.S. 140 (1985). Parker has waived appellate review by failing to file timely objections after receiving proper notice. Accordingly, we affirm the judgment of the district court.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2